

Atlanta
1075 Peachtree Street, NE
Suite 3500
Atlanta, GA  30309

(404) 231-1400 Tel
(404) 240-4249 Fax

**Writer's Direct Dial:**
(404) 240-4221

**Writer's E-mail:**
msimpson@fisherphillips.com

October 5, 2021

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> The Clerk of Court is respectfully directed to lift the stay and close the case, as it has been determined in arbitration and neither party has sought to challenge or confirm the award.
>
> SO ORDERED.
>
> *Cathy Seibel*  10/5/21
> CATHY SEIBEL, U.S.D.J.

     Re:    *Edwards et al. v. Friendly Auto Group, LLC*
            Civ. No. 7:20-cv-05270

Dear Judge Seibel:

       Pursuant to the Court's Memo Endorsement [Dkt. No. 16], I write to notify the Court that the Arbitrator entered an award dismissing Plaintiffs' claims. The award is dated September 20, 2021, and was served upon the parties on September 22, 2021. The Court may therefore terminate the proceedings in this case.

                                    Sincerely,

                                    Matthew R. Simpson
                                    Partner
                                    For FISHER & PHILLIPS LLP

MRS:mrs

cc:     Christopher D. Watkins (via e-mail and ECF)

**Fisher & Phillips LLP**
Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport
Houston • Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • Nashville • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC • Woodland Hills

FP 41876143.1